IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIN K. WILSON, | : | No. 4:16-CV-0214 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| ADVANCED URGENT CARE, P.C., | : | |
| ADVANCED URGENT CARE OF | : | |
| MONTGOMERYVILLE, LLC., | : | |
| INCARE, LLC., | : | |
| MEHDI NIKPARVAR, M.D. | : | |
| Defendant. | : | |

**ORDER**

March 8, 2017

In accordance with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motions for Default Judgment are GRANTED. ECF Nos. 10 and 19.

2. Final Judgment is entered in favor of Plaintiff Erin K. Wilson and against Defendants Advanced Urgent Care, P.C. and Advanced Urgent Care of Montgomeryville, LLC.

3. Advanced Urgent Care, P.C. and Advanced Urgent Care of Montgomeryville, LLC are jointly and severally liable in the amount of $88,870.

    a. This amount is comprised of:
        i. $78,870 for back pay, front pay and pre-judgment interest,
        ii. $5,000 for compensatory damages,
        iii. $5,000 for punitive damages.

4. This amount is to be paid by April 3, 2017.

5. Interest in the amount of 6% per annum will run beginning April 3, 2017 if the judgment is not paid to Plaintiff by that date.

6. Jurisdiction over these two Defendants is retained.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge