# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN K. WILSON, | No. 4:16-CV-00214 |
| Plaintiff, | (Judge Brann) |
| v. | |
| ADVANCED URGENT CARE, P.C., ADVANCED URGENT CARE OF MONTGOMERYVILLE, LLC, INCARE, LLC, MEHDI NIKPARVAR M.D., | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Attorney's Fees and Costs, ECF No. 36, March 22, 2017, is **GRANTED**.

2. Plaintiff is awarded attorney's fees and costs in the total amount of $30,315.92.

3. Defendants Advanced Urgent Care, P.C. and Advanced Urgent Care of Montgomeryville, LLC are jointly and severally liable for this award.

4. This amount is to be paid to Plaintiff's counsel by April 4, 2018. Interest in the amount of 6% per annum will run beginning April 4,

2018 if the attorney's fees and costs award is not paid to counsel by that date.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge